# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL NO. 132 PENSION FUND,

        Plaintiff,

v.                                            CIVIL ACTION NO. 3:19-0531

LEANNE BRISTOW, as Administratrix of the
Estate of REBEKAH R. BOONE, and individually,

        Defendant.

## ORDER

Pending before the Court is Plaintiff International Union of Operating Engineers, Local No. 132 Pension Fund's Motion for Default Judgment. *Mot. for Default J.*, ECF No. 18. Under Rule 55(b) of the Federal Rules of Civil Procedure, a party is entitled to default judgment when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend itself. Here, Plaintiff served Defendant Leanne Bristow with a copy of the Summons and Complaint on July 31, 2019. *See* ECF No. 11. As "a defendant must serve an answer . . . within 21 days after being served with the summons and complaint," Fed. R. Civ. P. 12(a)(1), a responsive pleading was due on August 20, 2019. Defendant failed to file any such pleading, and the Clerk accordingly entered default against Defendant on September 23, 2019. *See Entry of Default*, ECF No. 10. On November 5, 2018, Plaintiff filed the instant motion along with two affidavits and six exhibits demonstrating the amount due—in this case, $1,338.04 in overpaid funds and $642.80 in other costs. *See Mot. for Default J.*, at 1–2.

Based upon its review of the motion, affidavits, and exhibits, the Court has determined that a hearing is unnecessary because Plaintiff's claim is uncontested and is supported by sufficient evidence. In accordance with Rule 55(b) of the Federal Rules of Civil Procedure, the Court **GRANTS** Plaintiff's motion, ECF No. 18, **ENTERS** default judgment against Defendant Leanne Bristow in the sum of $2,030.84, and **ORDERS** this case stricken from the docket.

The Court **DIRECTS** the Clerk to send a copy of this written Order to counsel of record and any unrepresented parties.

ENTER: December 2, 2019

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE